AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00145 |
| Rashad Allen | ) Assigned To: Judge Upadhyaya. Moxila A. |
| DOB: XXXXXX | ) Assign. Date: 8/18/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 16, 2025__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, resisting, or impeding a federal law enforcement officer (felony) while engaged in or on account of the performance of his official duties. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

Joseph Prendergast, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/18/2025

_Judge's signature_

City and state: Washington, D.C.    Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_